IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

JILL WASMUND AND
MARK WASMUND,
HER HUSBAND,

Plaintiffs, Case No.:

vs.

WAL-MART STORES EAST, LP

Defendant.
______________________________/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COME NOW the Plaintiffs, JILL WASMUND AND MARK WASMUND, HER HUSBAND, by and through their undersigned attorney, and files this Complaint against Defendant, WAL-MART STORES EAST, LP, and in support thereof, will respectfully state unto the Court, the following:

1. This is an action for damages that exceeds the amount of Fifty Thousand Dollars ($50,000.00).

2. Plaintiffs, JILL WASMUND AND MARK WASMUND, HER HUSBAND, were at all times material hereto, residents of Tampa, Hillsborough County, Florida.

3. Defendant, WAL-MART STORES EAST, LP, was at all times a corporation conducting business in Hillsborough County, Florida.

4. On October 18, 2024, Defendant, WAL-MART STORES EAST, LP, was the owner and/or tenant in possession of a building located at 14941 N. Dale Mabry Hwy., in Tampa, Hillsborough County, Florida.

5. On or about October 18, 2024, at the above-described location, the Plaintiff, JILL WASMUND, was lawfully on the above-described premises owned by the Defendant.

6. At the above-described time and place, while shopping in the store, the Plaintiff, JILL WASMUND, was struck by a vacuum cleaner that fell off of the display and onto her right leg after the display was bumped by a patron operating a motorized scooter.

**COUNT I – JILL WASMUND'S BODILY INJURY CLAIM AGAINST DEFENDANT**

7. Plaintiff, JILL WASMUND, reasserts paragraphs 1 through 6 as if fully stated herein.

8. The Defendant, WAL-MART STORES EAST, LP, had custody and control of the store, including, but not limited to, the display where the Plaintiff was struck by the vacuum cleaner that fell off of the display.

9. The Defendant, WAL-MART STORES EAST, LP, through its agents, servants or employees, knew, or should have known, of the above failures at the time of the incident and negligently failed to adequately warn the Plaintiff about this dangerous condition and failed to take reasonably available remedial measures to make the area safe. The defendant's employees failed to inspect how the vacuum cleaners were positioned on the display, and also failed to place the vacuums in a reasonably safe position such that it did not pose an unreasonable risk of harm to an invitee such as the Plaintiff.

10. As a result of the Defendant's negligence, Plaintiff, JILL WASMUND, suffered physical injuries, aggravation of a pre-existing condition, pain and suffering, disability and the inability and loss of the capacity to lead and enjoy a normal life, inconvenience, disfigurement, scarring and mental anguish; and, will continue to suffer same permanently; and, incurred medical expenses in the treatment of those injuries, and will further be required to incur medical expenses for her care and treatment, and in addition, thereto, she has suffered a loss of earnings and/or earning capacity, both in the past and in the future. The injuries are permanent in nature and Plaintiff, JILL WASMUND, will suffer these losses and this impairment in the future.

WHEREFORE, the Plaintiff, JILL WASMUND, demands a trial by jury and judgment against Defendant, WAL-MART STORES EAST, LP, for an amount within the jurisdictional limits of this Court, to wit: More than Fifty Thousand ($50,000.00) Dollars plus costs, and such other relief to which the Plaintiff, JILL WASMUND, may be justly entitled.

**COUNT II – MARK WASMUND'S LOSS OF CONSORTIUM CLAIM**

11. Plaintiff, MARK WASMUND, reasserts paragraphs 1 through 6 as if fully stated herein.

12. That on or about October 18, 2024, the Plaintiff, MARK WASMUND, was the lawful spouse of Plaintiff, JILL WASMUND, and as a direct and proximate result of the defendant's negligence, as described above, Plaintiff, MARK WASMUND, has been deprived of his wife's society, companionship and consortium, assistance and services in and about their home and will so continue to be deprived in the future.

WHEREFORE, the Plaintiff, MARK WASMUND, demands a trial by jury and judgment against the Defendant, WAL-MART STORES EAST, LP, for an amount within the jurisdictional limits of the Court, to wit: more than Fifty Thousand ($50,000.00) dollars plus costs, and such other relief to which the Plaintiff, MARK WASMUND, may be justly entitled.

*/s/ Kenneth W. Mastrilli*
KENNETH W. MASTRILLI, ESQ.
THE PAWLOWSKI//MASTRILLI LAW GROUP
1401 East 22nd Avenue
Tampa, Florida 33605
(813) 242-4404
Florida Bar #: 0360971
E-mail for service: Litigation@megajustice.com
Ken@megajustice.com